UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Devares Vick            Docket No. 5:25-CR-96-1FL

## Petition for Action on Supervised Release

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Devares Vick, who, upon an earlier plea of guilty to Possession With Intent to Distribute 500 Grams and More of Cocaine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1), was sentenced in the Middle District of Pennsylvania by the Honorable Sylvia H. Rambo, U.S. District Judge, on March 16, 2022, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Devares Vick was released from custody on September 21, 2024, at which time the term of supervised release commenced in the Eastern District of North Carolina. On April 30, 2025, Transfer of Jurisdiction was accepted in the Eastern District of North Carolina, and the case was assigned to the Honorable Judge Louise W. Flanagan, U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has been compliant with the terms and conditions of supervision since the onset of supervision. As the defendant continues his term of supervision, this officer believes it would greatly benefit the defendant to participate in a course of Cognitive Behavioral Interventions to enhance his skills and knowledge so that he can successfully navigate supervision and life thereafter. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence            /s/ Courtney L. Thomas
Keith W. Lawrence            Courtney L. Thomas
Supervising U.S. Probation Officer            U.S. Probation Officer
           150 Rowan Street Suite 110
           Fayetteville, NC 28301
           Phone: 910-354-2554
           Executed On: June 25, 2025

### ORDER OF THE COURT

Considered and ordered this __1st__ day of __July__, 2025, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge